# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In Re:

Case Number: 18-24540-RAM

ARMANDO REBULL

Chapter 13

      Debtor.

_____/

## DEBTOR'S OBJECTION TO CLAIM
**IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM**

*This Objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this Objection carefully to identify which claim is objected to and what disposition of your claim is recommended.  Upon the filing of this Objection an expedited hearing on this Objection will be scheduled on the date already scheduled for the Confirmation Hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), Debtor, PABLO CANO, objects to the following Claim filed in this case:

| Claim No | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-1 | *American Honda Finance Corporation* | $31,915.61 | This claim is not intended to be paid in Plan as Debtor is surrendering vehicle to creditor; strike secured claim without prejudice to claimant's rights in its collateral. |

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**
**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)

**MARIA I. ESCOTO-CASTIELLO, P.A.**
Counsel for Debtor
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
Telephone:  (305) 860-0991
Facsimile:  (305) 860-0953
Email:  meclaw@bellsouth.net
*/s/ Maria I. Escoto-Castiello*
Maria I. Escoto-Castiello, Esq.
Florida Bar No.: 959839