UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ARMANDO REBULL

     Debtor.
_____/

Case Number: 18-24540-RAM
Chapter 13

**DEBTOR'S OBJECTION TO CLAIM**
IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM

*This Objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this Objection carefully to identify which claim is objected to and what disposition of your claim is recommended.  Upon the filing of this Objection an expedited hearing on this Objection will be scheduled on the date already scheduled for the Confirmation Hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), Debtor, ARMANDO REBULL, objects to the following Claim filed in this case:

| **Claim No** | **Name of Claimant** | **Amount of Claim** | **Basis for Objection and Recommended Disposition** |
|---|---|---|---|
| 15-1 | *Department of the Treasury - Internal Revenue Service* | Total: $7,277.59<br><br>Priority: $5,398.91<br><br>Unsecured: $1,878.68 | This Claim should be stricken as it was filed on June 19, 2019, after the May 20, 2019 deadline.<br>Debtor had filed and then amended Proof of Claim No. 14 on behalf of this Creditor which conforms to this Claim. |

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**
**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)

MARIA I. ESCOTO-CASTIELLO, P.A.
Counsel for Debtor
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
Telephone:  (305) 860-0991
Facsimile:  (305) 860-0953
Email:  meclaw@bellsouth.net
/s/ *Maria I. Escoto-Castiello*
Maria I. Escoto-Castiello, Esq.
Florida Bar No.: 959839