UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Armando Rebull,

Case No.: 18-24540-BKC-AJC
Chapter 13

Debtor.
_____/

## NOTICE OF FILING

Nancy K. Neidich, Standing Chapter 13 Trustee, by and through the undersigned counsel, files the instant Notice of Filing 100% Calculation.

NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ Jose Miceli
Jose Miceli, Esq.
Florida Bar No. 0077539
Attorney for the Trustee
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

1

## 18-24540-RAM    Armando Rebull

| POC | Creditor | Amount |
|---|---|---|
| 1.2 | American Honda Finance Corporation | $11,426.85 |
| 2 | PREMIER BANKCARD LLC | $502.49 |
| 3 | MERRICK BANK | $1,474.10 |
| 4 | Capital One Bank (USA), N.A. | $1,579.90 |
| 5 | CACH LLC | $12,907.20 |
| 6 | PRA, LLC | $1,387.98 |
| 7 | PRA, LLC | $660.01 |
| 8 | WESTPORT RECOVERY CORPORATION | $21,483.90 |
| 9 | CAPITAL ONE, NA | $603.08 |
| 10 | MIDLAND FUNDING LLC | $718.68 |
| 11 | MIDLAND FUNDING LLC | $635.74 |
| 12 | AT&T MOBILITY II LLC | $950.70 |
| 13 | Directv, LLC | $493.35 |
| 14 | UNITED STATES TREASURY (unsec) | $1,878.68 |
| 15 | Objection Pending (dup) | |
| | | $56,702.66 |