

ORDERED in the Southern District of Florida on September 18, 2019.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In Re:

ARMANDO REBULL

Case Number: 18-24540-RAM
Chapter 13

Debtor.
_____/

## ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CAUSE** came on to be heard before the Court on September 17, 2019, upon Debtor's Objection to the Claim No. 15 of the Department of Revenue, Internal Revenue Service (ECF #73) and having reviewed the file and having been otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the Objection to Claim No. 15 of the Department of Revenue, Internal Revenue Service (ECF #73) is sustained and the Claim No. 15 is to be stricken as it is duplicated of Amended Claim No. 14.  The Chapter 13 Trustee will make disbursements to this Creditor according to Amended Claim No. 14 .

###

**Submitted by:**
Maria I. Escoto-Castiello, Esq.
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133

MARIA I. ESCOTO-CASTIELLO, ESQ, is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.